FILED
CLERK U.S. DISTRICT COURT

MAR - 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP Media USA Inc. d/b/a Pacific Coast News, | Docket No: 2:15-cv-07991-SVW-PJW |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| Globe New Media Inc., | |
| Defendant. | |

Defendant, GLOBE NEW MEDIA INC, having offered judgment against itself pursuant to FRCP 68 in the sum of $5,000.00 including costs and attorneys' fees, and Plaintiff BWP MEDIA USA INC. D/B/A PACIFIC COAST NEWS having accepted said offer of judgment; it is hereby

///
///
///
///
///
///

1

JUDGMENT

1    ORDERED, ADJUDGED AND DECREED that Plaintiff recover from

2  Defendant the principal amount of $5,000.00.

3                                    By the Court,

4

5

6  DATED: _____3/8/16_____        STEPHEN V. WILSON
                                   U.S. DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                               2

                        [PROPOSED] JUDGMENT